UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WILLIAM C. BLOOMQUIST, J.D., )<br>)<br>PLAINTIFF )<br>)<br>v. )<br>)<br>CLOUTIER, N.P., ET AL., )<br>)<br>DEFENDANTS ) | CIVIL NO. 2:16-CV-337-DBH |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 15, 2016, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Order Granting Leave to Proceed In Forma Pauperis, Granting Motion for Reconsideration, and Recommending Dismissal of Certain Counts. The time within which to file objections expired on December 2, 2016, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Count 32 of the Complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

SO ORDERED.

DATED THIS 9TH DAY OF DECEMBER, 2016

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
UNITED STATES DISTRICT JUDGE