**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **WILLIAM C. BLOOMQUIST, J.D.,** ) | | |
| ) | | |
| **PLAINTIFF** ) | | |
| ) | | |
| v. ) | **CIVIL NO. 2:16-CV-337-DBH** | |
| ) | | |
| **CLOUTIER, N.P., ET AL.,** ) | | |
| ) | | |
| **DEFENDANTS** ) | | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On March 30, 2017, the United States Magistrate Judge filed with the court, with a copy to the plaintiff, his Recommended Dismissal. The time within which to file objections expired on April 13, 2017, and no objections have been filed. The Magistrate Judge notified the plaintiff that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The case is **DISMISSED WITHOUT PREJUDICE** for the plaintiff's failure to prosecute it.

**SO ORDERED.**

**DATED THIS 18TH DAY OF APRIL, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**